IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Rice,<br><br>  Plaintiff,<br><br>v.<br><br>Mirage-Luxe Limousine LLC, et al.,<br><br>  Defendants. | No. CV-20-00601-PHX-ESW<br><br>**ORDER** |

Pending before the Court is Magistrate Judge Eileen S. Willett's Report and Recommendation, recommending that the Court grant the parties' Joint Stipulation to Dismiss Defendants Without Prejudice and Request for Order Naming Remaining Defendants as Employers (Doc. 15) and dismiss without prejudice Defendants Seashan Family Limited Liability Partnership and KN Amjadi Family Limited Liability Partnership. (Doc. 18.) To date, no objections have been filed. Having reviewed the Report and Recommendation, the Court hereby adopts the Magistrate Judge's recommendation.

**I.    STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citation omitted). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review

of the Magistrate Judge's factual findings; the Court then may decide the dispositive motion on the applicable law. Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979) (citation omitted).

By failing to object to a Report and Recommendation, a party waives its right to challenge the Magistrate Judge's factual findings, but not necessarily the Magistrate Judge's legal conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to a Magistrate Judge's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citation omitted).

## II. DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## III. CONCLUSION

Accordingly,

**IT IS HEREBY ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 18.)

**IT IS FURTHER ORDERED granting** the parties' Joint Stipulation to Dismiss Defendants Without Prejudice and Request for Order Naming Remaining Defendants as Employers. (Doc. 15.)

**IT IS FURTHER ORDERED dismissing without prejudice** Defendants Seashan Family Limited Liability Partnership and KN Amjadi Family Limited Liability Partnership, each party to bear their own costs and fees.

Dated this 22nd day of June, 2020.

*/s/ Stephen M. McNamee*
Honorable Stephen M. McNamee
Senior United States District Judge