# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Rice,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mirage-Luxe Limousine LLC, et al.,<br><br>　　　　Defendants. | No. CV-20-00601-PHX-ESW<br><br>**ORDER** |

　　　　The Court has considered the parties' Stipulation to Dismiss Case with Prejudice (Doc. 22). Consent to Magistrate Judge jurisdiction has been filed by all parties. Good cause appearing,

　　　　IT IS ORDERED granting the Stipulation to Dismiss Case with Prejudice (Doc. 22).

　　　　IT IS FURTHER ORDERED dismissing this case, including all claims and counterclaims, with prejudice, each party to bear its own attorneys' fees and costs. The Clerk of Court is directed to terminate this case

　　　　IT IS FURTHER ORDERED vacating all hearings and deadlines.

　　　　Dated this 7th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　*EsWillett*
　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge